United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CELSO BORGES,

    Plaintiff,

  v.

RASH CURTIS & ASSOCIATES,

    Defendant.

Case No. 4:16-cv-01994-JSW

**ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS**

Following the Case Management Conference, IT IS HEREBY ORDERED that the Case Management Statement is adopted, except as expressly modified by this Order. It is further ORDERED that:

    **A.    DATES**

Jury Trial Date: Tuesday, September 5, 2017, at 8:00 a.m., 3 - 5 days

Jury Selection: August 30, 2017, at 8:00 a.m.

Pretrial Conference: Monday, August 14, 2017, at 2:00 p.m.

Last Day to Hear Dispositive Motions: Friday, June 2, 2017, 9:00 A.M.

Last Day for Expert Discovery: April 21, 2017

Last Day for Expert Disclosure: January 20, 2017

Last Day for Rebuttal Expert Disclosure: February 10, 2017

Close of Non-expert Discovery: December 2, 2016

    **B.    DISCOVERY**

    The parties are reminded that a failure voluntarily to disclose information pursuant to Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses pursuant to Rule 26(e) may result in exclusionary sanctions. Thirty days prior to the close of non-

expert discovery, lead counsel for each party shall serve and file a certification that all supplementation has been completed.

### C. ALTERNATIVE DISPUTE RESOLUTION

This matter is referred to court-connected mediation, to be completed by October 20, 2016. The parties shall promptly notify the Court whether the case is resolved at the mediation.

### D. PROCEDURE FOR AMENDING THIS ORDER

No provision of this order may be changed except by written order of this Court upon its own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 upon a showing of very good cause. A motion may take the form of a stipulation and proposed order pursuant to Civil L.R. 7-1(a)(5) and Civil L.R. 7-12, but the parties may not modify the pretrial schedule by stipulation without a Court order. If the modification sought is an extension of a deadline contained herein, the motion must be brought <u>before</u> expiration of that deadline. A conflict with a court date set after the date of this order does not constitute good cause. The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk. The only discovery schedule that the Court will enforce is the one set in this order. Additionally, briefing schedules that are specifically set by the Court may not be altered by stipulation without a Court order; rather the parties must obtain leave of Court.

**IT IS SO ORDERED.**

Dated: July 26, 2016

_____
JEFFREY S. WHITE
United States District Judge