Todd M. Friedman, Esq. (SBN 216752)
Arvin Ratanavongse, Esq. (SBN 257619)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Phone: 310-776-6657
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
Aratanavongse@toddflaw.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELSO BORGES, | Case No.: 4:16-cv-01994-DMR |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| RASH CURTIS & ASSOCIATES; and DOES 1 to 20, INCLUSIVE, | |
| Defendants. | |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: September 23, 2016   **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

                                    By:    /s/ Todd M. Friedman
                                           Todd M. Friedman, Esq.
                                           Arvin Ratanavongse, Esq.

Filed electronically on this 23rd day of September, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Jeffrey S. White
Northern District of California

**Arvin Ratanavongse**
The Law Offices of Todd M Friedman PC
Email: aratanavongse@toddflaw.com
*Attorney for Plaintiff*

**Andrew M. Steinheimer**
Ellis Law Group, LLP
Email: asteinheimer@ellislawgrp.com

**Amanda Nicole Griffith**
Ellis Law Group, LLP
Email: agriffith@ellislawgrp.com
*Attorneys for Defendant*

This 23rd day of September, 2016.

/s/Todd M. Friedman
Todd M. Friedman