UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CELSO BORGES,** | ) Case No. **4:16-cv-01994-JSW** |
| | ) |
| Plaintiff, | ) **ORDER** OF DISMISSAL |
| | ) |
| vs. | ) |
| | ) |
| **RASH CURTIS & ASSOCIATES; and DOES 1 to 20, INCLUSIVE,** | ) ) |
| | ) |
| Defendants. | ) |

   IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this 28th day of October, 2016

_____
The Honorable Jeffrey S. White